**GOTTESMAN**
WOLGEL, FLYNN & WEINBERG, P.C.

A Professional Corporation Incorporated in the State of New York

Samuel Gottesman (1905-1974)
Harold H. Wolgel (1920-2010)
Lawrence L. Flynn
Steven Weinberg
Kelsey Bilodeau ◊

Richard B. Demas
Charlotte Licker ◊
Paul D. Siegfried (of Counsel)

◊ Also Admitted in New Jersey

WRITER'S E-MAIL:
clicker@gottesmanlaw.com

IN REPLY REFER TO
15657

December 20, 2023

**VIA FIRST CLASS MAIL**

Clerk of Court
U.S. District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

      Re: *U.S.A. v. Anagenesis Capital Partners SBIC Fund, LP*
        U.S.D.C., S.D. Florida
        Docket No.: 9:23-cv-81540-RLR

Dear Clerk of Court:

  Our office represents the United States Small Business Association ("SBA") as receiver ("Receiver") for Anagenesis Capital Partners SBIC Fund, LP ("Anagenesis"), and are writing to notify you that on December 19, 2023, Judge Robin L. Rosenberg from the U.S. District Court for the Southern District of Florida (the "Receivership Court") signed an order (the "Receivership Order") in the above referenced action ("Receivership Action") which and whereby the Receivership Court:

  (a) took exclusive jurisdiction and possession of the assets, of whatever kind and wherever situated, of Anagenesis;

  (b) placed Anagenesis in receivership; and

  (c) appointed SBA (the "Receiver") as the Receiver of the estates of Anagenesis (the "Receivership Estate").

  28 U.S.C. § 754 provides that a receiver appointed in any civil action or proceeding involving property, real, personal or mixed, situated in different districts shall, " within ten days after the entry of his order of appointment, file copies of the complaint and such order of appointment in the district court for each district in which property is located."

  Assets and property of the Receivership Estate may be located in your jurisdiction. Therefore, pursuant to 28 U.S.C. § 754 and the Receivership Order, please kindly accept and file as a miscellaneous case filing the enclosed copies of the Receivership Order and the Complaint from the Receivership Action. This filing is being submitted in paper form pursuant to the electronic filing civil case exception for initiating documents for Receiverships in this Court's Electronic Case Filing Policies and Procedures. The Receiver is exempt from filing fees as a United States Federal Agency.



**GWF&W**   ATTORNEYS AT LAW

11 Hanover Square, New York, NY 10005-2870 | **TEL**: (212) 495-0100 | **WWW**: GOTTESMANLAW.COM

December 20, 2023
Page | 2

**GOTTESMAN**
WOLGEL, FLYNN & WEINBERG, P.C.

Enclosed are also a duplicate set of the Receivership Order and Complaint and a pre-address and post-paid envelope. Please kindly stamp the duplicate set with the filing date and time, and return the filed stamp set back to us.

Please contact the undersigned if you have any questions.

Thank you.

Respectfully submitted,

*Charlotte S. Licker*

Charlotte Licker

GWF &W   ATTORNEYS AT LAW
11 Hanover Square, New York, NY 10005-2870 | **TEL:** (212) 495-0100 | **WWW:** GOTTESMANLAW.COM